Appeal No. **2020AP7-CR**

Cir. Ct. No. **2016CM1893**

**STATE OF WISCONSIN**

**IN COURT OF APPEALS**
**DISTRICT III**

---

**STATE OF WISCONSIN,**

    **PLAINTIFF-RESPONDENT,**

  **V.**

**KALLIE M. GAJEWSKI,**

    **DEFENDANT-APPELLANT.**

FILED

August 24, 2022

Sheila T. Reiff
Clerk of Court of Appeals

---

**ERRATA SHEET**

---

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice


Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Michael K. Moran
Circuit Court Judge
Electronic Notice

Kelly Schremp
Clerk of Circuit Court
Marathon County Courthouse
Electronic Notice

Megan Elizabeth Lyneis
Electronic Notice

Michael C. Sanders
Electronic Notice

Megan Sanders-Drazen
Electronic Notice

Theresa Wetzsteon
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraph 42 in the above-captioned opinion which was released on August 2, 2022. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.